# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellant,

v.

**BASAM TUMEH** and **MOHAMMED B. TUMEH,**
Appellees.

No. 4D2025-0061

[September 25, 2025]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE22006957.

Kathryn L. Ender and Janice Lopez of Dinsmore & Shohl LLP, Miami, for appellant.

Jamie Alvarez of Shield Law Group of Florida, LLC, Davie, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***